No. 93–1949. MED-THERAPY REHABILITATION SERVICES, INC., ET AL. *v.* DIVERSICARE CORPORATION OF AMERICA. C. A. 4th Cir. Certiorari denied.

No. 93–1950. DONOVAN ET VIR, PARENTS OF DONOVAN *v.* SHA-LALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 93–1951. DYKSTRA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–1952. ALLEN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–1953. ANNAPOLIS ROAD, LTD. *v.* ANNE ARUNDEL COUNTY, MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 93–1954. LINGENFELTER *v.* DOMANICO ET AL. Sup. Ct. Pa. Certiorari denied.

No. 93–1956. DR. K ET AL. *v.* STATE BOARD OF PHYSICIAN QUALITY ASSURANCE. Ct. Sp. App. Md. Certiorari denied.

No. 93–1957. DILLON *v.* COMMISSIONER OF INTERNAL REVE-NUE. C. A. 8th Cir. Certiorari denied.

No. 93–1959. KROUSE *v.* NATIONAL RAILROAD PASSENGER CORPORATION. Ct. App. D. C. Certiorari denied.

No. 93–1961. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–1962. WEBER *v.* SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 93–1963. HOROWITZ *v.* STATE BAR OF TEXAS. Sup. Ct. Tex. Certiorari denied.